UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
MITCHELL BIRNER,                                         :
:
                      Plaintiff,    :
:         24-CV-2743 (VSB)
       -against-                                        :
:              **ORDER**
KENSINGTON VANGUARD HOLDINGS,                            :
LLC,                                                     :
:
                      Defendant    :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      On June 11, 2024, I entered an Order directing the parties to submit a joint letter and a proposed case management plan and scheduling order on or before June 25, 2024. (Doc. 16.) Although the parties submitted this material on June 25 2024, (Doc. 19), the parties' joint letter does not provide all of the information as requested in my June 11, 2024 Order. Accordingly, the parties are hereby:

      ORDERED to file an amended joint letter by no later than July 3, 2024.

SO ORDERED.

Dated:   June 26, 2024
           New York, New York

                                                                   _____
                                                                     Vernon S. Broderick
                                                                     United States District Judge