UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MITCHELL BIRNER,

        Plaintiff,

  -v-                                                   No.  24-CV-2743-LTS-JW

KENSINGTON VANGUARD HOLDINGS,
LLC,

        Defendant.

-------------------------------------------------------x

## ORDER

The post-discovery conference, previously scheduled for April 21, 2025, at 2:00 PM (see docket entry no. 31), is hereby adjourned sine die pending review of the proposed amended case management plan (docket entry no. 43).

SO ORDERED.

Dated: New York, New York
       April 18, 2025

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge