UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MITCHELL BIRNER,

                            Plaintiff,                  **ORDER**

               -against-                    **24-CV-2743 (LTS) (JW)**

KENSINGTON VANGUARD HOLDINGS,
LLC,

                          Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On May 8, 2025, this Court held an in-person discovery conference regarding Plaintiff's pending motion to compel. Dkt. No. 47. For the reasons stated more fully on the record, the following decisions were made:

- This Court need not render a decision on the motion to compel responses to request number 6. While unripe for judicial intervention, Defendant did not articulate a substantive objection to the request and agreed to produce documents subject to privilege.

- The motion to compel responses to request number 7 is **DENIED**.

- The motion to compel responses to the unnumbered request regarding updated accounting is **DENIED** without prejudice as it is unripe for judicial intervention.

**The Clerk of Court is respectfully requested to close Dkt. No. 47.**

SO ORDERED.

DATED:    New York, New York
               May 8, 2025

                                                            _____
                                                            JENNIFER E. WILLIS
                                                             United States Magistrate Judge