**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MITCHELL BIRNER

                        Plaintiff,

              -against-

KENSINGTON VANGUARD HOLDINGS,
LLC

                     Defendants.
-------------------------------------------------------------------X

**ORDER**

**24-CV-2743 (LTS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of a letter motion from Plaintiff and a letter motion from Defendant requesting a discovery conference. Dkt. Nos. 65 and 66. A discovery conference to address the disputes will be held in Courtroom 228 of 40 Foley Square, New York, New York 10007 on **January 6, 2026 at 2:00 PM.**

One week prior to the discovery conference the Parties are to file a joint letter. The letter should coalesce and condense all of the currently competing discovery issues into two lists, one containing Plaintiff's demands and one containing Defendant's.

      SO ORDERED.

DATED:    New York, New York
           November 25, 2025

                                  _Jennifer E. Willis_
                                  JENNIFER E. WILLIS
                                  United States Magistrate Judge