UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MITCHELL BIRNER,

                            Plaintiff,

                -against-

KENSINGTON VANGUARD HOLDINGS,
LLC,

                          Defendant.
-----------------------------------------------------------------X

**ORDER**

**24-CV-2743 (LTS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On May 8, 2025, this Court held an in-person discovery conference regarding outstanding discovery issues summarized by the parties at Dkt. No. 71. For reasons stated more fully on the record, the Court orders the following:

- Plaintiff's request to compel the deposition of Lisa Marie Kaspar (see request 1 on p. 2 of Dkt. No. 71) is **GRANTED**;

- Plaintiff's request to compel documents evidencing the JV's procurement of title insurance on behalf of any third-party unrelated to Faropoint (see request 2(a) on p. 2 of Dkt. No. 71) is **GRANTED**;

- Plaintiff's request to compel JV's organization chart and documents evidencing the JV's reporting structure (see request 2(b) on p. 2 of Dkt. No. 71) is **GRANTED**;

- Plaintiff's request for documents evidencing transactions for which Kaspar performed services on behalf of Defendant, while nominally a

full-time employee of the JV (see request 2(c) on p. 2 of Dkt. No. 71), is **DENIED**;

- Plaintiff's request for evidence (including time sheets, if any) of the time Kaspar spent performing services for the JV and Defendant (see request 2(d) on p. 2 of Dkt. No. 71), is **GRANTED**;

- Plaintiff's request for a list of all JV employees (see request 3 on p. 2 of Dkt. No. 71), is **GRANTED**;

- Plaintiff's request for the Mayer Brown opinion (see request 4 on p. 2 of Dkt. No. 71), is **DENIED**;

- Defendants' request for a protective order barring any questions regarding the Mayer Brown opinion during Ms. Kaspar's deposition is **GRANTED**;

- Plaintiff's request for the disclosure of any marketing and advertising activities the JV has actually pursued in order to compete in the marketplace (see request 5 on p. 2 of Dkt. No. 71) is **GRANTED**.

- The parties shall file a joint letter proposing a new fact discovery deadline by **January 13, 2026**.

- Lastly, the parties are directed to order a transcript of the hearing and provide a courtesy copy to the Court.

**The Clerk of Court is respectfully requested to close Dkt. No. 71.**

SO ORDERED.

DATED:    New York, New York
          January 7, 2026

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge

2